# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05MJ243

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **BLAKE FREEMAN PRICE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard and duly calendared for hearing on March 13, 2006 for sentencing and it appearing to the court at the call of this matter on for hearing that defendant's counsel advised the court that he had not advised the defendant of the scheduling of this matter for sentencing and for that reason and for other good cause shown, it is hereby ordered that the above entitled matter be continued until March 14, 2006 at 2:00 o'clock p.m.

**IT IS, THEREFORE, ORDERED** that the motion of the defendant is hereby allowed and that this matter is scheduled for sentencing on **MARCH 14, 2006 AT 2:00 O'CLOCK P.M.**

Signed: March 13, 2006

Dennis L. Howell
United States Magistrate Judge