Probation Form No. 34
(1/92)

Report and Order Terminating Probation /
Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

vs.

Blake Freeman Price

**FILED**
ASHEVILLE, N.C.

NOV - 7 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

Crim. No. 1:05mj243

The above named has complied with the conditions of Probation imposed by the order of the court on 3/14/2006. Therefore, the period of Probation expired on 10/31/2007, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

Stephen D. Cook
U.S. Probation Officer
B-3 U.S. Courthouse Building
100 Otis Street
Asheville, NC 28801
(828) 771-7345